UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: )<br>)<br>Mac Truong, )<br>    Debtor-Appellant )<br>)<br>_____ )<br>Mac Truong, )<br>    Debtor-Appellant )<br>    -against- )<br>)<br>Jeffrey L. Sapir, Esq. )<br>    Trustee-Appellee ) | Chapter 13<br>**Case No. 07-12194 (JMP)**<br>Judge: James M. Peck |

# DEBTOR-APPELLANT MAC TRUONG'S
# DESIGNATION OF
# RECORD ON APPEAL
# AND
# STATEMENT OF THE ISSUES TO BE PRESENTED

1

### DESIGNATION OF RECORD ON APPEAL

Appellant Mac Truong designates the following documents to be included in the Record on Appeal:

1. Order signed on July 20, 2007 Scheduling a Case Status Conference for 7/24/07 at 9:00 AM at Courtroom 601- Docket Item No. 6.

2. Debtor-Appellant's Motion to Extend Time Re. Debtor's Motion for an Order to Waive The Credit Counseling Requirements Prior to Commencing A Bankruptcy Case – Docket Item No. 11.

3. Order denying Debtor's Motion to Waive the Credit Counseling Prior to Commencing this Bankruptcy Case. Signed 7/24/07 – Item 12 on Docket.

1

4. **Dismissal Order dated July 24, 2007 Dismissing this Chapter 13 Case WITH PREJUDICE, Imposing a Bar to Refilling and Providing Related Relief**. Item #13 on Docket.

5. Appellant's Notice of Appeal filed by Mac Truong on August 2, 2007. Item #16 on Docket.

## ISSUES TO BE PRESENTED ON APPEAL

1. Whether the U.S. Bankruptcy Court erred in that the Court found bad-faith filing while there was no admissible evidence to that effect.

2. Whether the Bankruptcy Court erred in that there was no evidence proving that debtor's exercise of his right to convert his case from Chapter 7 to Chapter 13 without prior court order is a misconduct warranting sanction under 28 USC 1927.

3. Whether the Court has subject-matter jurisdiction to revoke Chapter 7 Debtor Maryse Mac-Truong's discharge by dismissing her Chapter 7 case and enjoining her from filing within a year.

4. Whether the Court has subject-matter jurisdiction to revoke Chapter 13 Debtor Mac-Truong's Chapter 7 Discharge by dismissing his Chapter 13 case that was converted from his Chapter 7 case and enjoining him from filing within a year.

5. Any other issues that a review of the appeal records may show to be appropriate to be raised.

3

## COPIES OF THE DESIGNATED ITEMS

Will be submitted on request

Dated: August 8, 2007

Mac-Truong, Debtor-Appellant pro se
By Mac Truong, his Authorized Agent.

2

# CERTIFICATION OF SERVICE

I, Mac Truong, certify under the penalty of perjury:

On August 8, 2007, I served the true copies of the within document(s) by U.S. First Class Mail upon the following entities and/or individuals:

United States Trustee
33 Whitehall Street
New York, NY 10004

Jeffrey L. Sapir, Esq.
Chapter 12 and 13 Trustee
399 Knollwood Road, Suite 102
White Plains, New York 10603

Steven P. Kartzman, Esq.
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950

Dated: August 8, 2007

Mac Truong, J.S.D.
325 Broadway,
New York, NY 10007
(212) 566-6000