HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Special Counsel for Appellee, Steven P. Kartzman,
  Chapter 7 Trustee for Mac Truong and Maryse Mac-Truong
One Gateway Center
Newark, New Jersey 07102-5386
(973) 621-9020

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
In Re:                            :    Chapter 13 Proceeding
                                  :
    MAC TRUONG,                    :    Case No. 07-12194 (JMP)
                                  :
            Debtor.                :
                                  :    Hon. James M. Peck
    MAC TRUONG,                    :
                                  :
            Appellant.             :
----------------------------------x

APPELLEE'S DESIGNATION OF
ADDITIONAL ITEMS FOR RECORD ON APPEAL

  Appellee Steven P. Kartzman, Chapter 7 Trustee for Mac Truong and Maryse Mac-Truong, designates the following additional documents to be included in the Record on Appeal (all Exhibits to documents are considered part of the documents noted, unless otherwise specified):

1. **Letter Brief to Judge James Peck in connection with Case Status Conference**. Filed 7/23/2007. Item #10 on Docket.

2. **Response of Steven P. Kartzman, Chapter 7 Trustee in the bankruptcy case of Mac Truong and Maryse Mac-Truong** and

<u>Certification of Steven P. Kartzman</u>.  Filed 7/17/2007.  Item #22 on Docket of Case No. 07-10696 (JMP) in the United States Bankruptcy Court for the Southern District of New York.

<u>NOTE</u>:    COPIES OF THE DESIGNATED ITEMS ARE NOT ATTACHED HEREWITH DUE TO THEIR BULKINESS. WHEN REQUESTED, THEY WILL BE DIRECTLY FILED WITH THE DISTRICT COURT OR THIS COURT, AS REQUESTED.

>                                    HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
>                                    Special Counsel for Appellee, Steven P.
>                                      Kartzman, Chapter 7 Trustee for Mac
>                                      Truong and Maryse Mac-Truong
>
>                                    By: _____
>                                        RICHARD B. HONIG
>                                        A Member of the Firm

Dated: August 16, 2007