```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: MAC TRUONG,

                      Debtor.

---

MAC TRUONG,

                      Appellant,

      -against-

STEVEN P. KARTZMAN,

                      Appellee.

---

07 Civ. 8267 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Appellant Mac Truong has brought this action pursuant to 28 U.S.C. § 158, seeking to appeal a judgment of the United States Bankruptcy Court for the Southern District of New York. According to the Clerk of Court, Appellant's appeal was docketed on September 24, 2007. Appellant was required under Fed. R. Bankr. P. 8009 to serve and file his brief "within 15 days after entry of the appeal on the docket." That time has now expired. No brief has been filed, nor has Appellant requested an extension of time to submit his brief in this matter. Accordingly, it is hereby

    **ORDERED** that the Clerk of Court is directed to dismiss the appeal in this action for failure to comply with Fed. R. Bankr. P. 8009. See In re Tampa Chain Company, Inc., 835 F.2d 54 (2d Cir. 1987). However, Appellant may, for good cause shown, petition the Court within seven days of the date of this Order for reinstatement of the action to the Court's calendar.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   New York, New York
         17 January 2008

                                          Victor Marrero
                                            U.S.D.J.