HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Special Counsel for Trustee, Steven P. Kartzman
One Gateway Center
Newark, New Jersey 07102-5386
(973) 621-9020
Richard B. Honig, Esq.
rbhonig@hlgslaw.com

and

MELLINGER SANDERS & KARTZMAN, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
973-267-0220
Adam G. Brief, Esq.
Attornesy for Trustee, Steven P. Kartzman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
In Re:                            :    Case No. 07-cv-8267 (VM)

MAC TRUONG,                       :    Hon. Victor Marrero
            Debtors.
----------------------------------x
MAC TRUONG,                       :

            Appellant,            :
                                       **DECLARATION OF SERVICE**
v.                                :

STEVEN P. KARTZMAN,               :

            Appellee.             :
----------------------------------x

    Richard B. Honig, of full age, hereby declares as follows:

1.   I am an Attorney-at-Law of the State of New Jersey and a member of the Bar of this Court. I am also a member of the firm of Hellring Lindeman Goldstein & Siegal LLP, Special Counsel for Appellee, Steven P. Kartzman, Chapter 7 Trustee for Mac Truong and Maryse Mac Truong, Case No. 03-40283 NLW, in the United States Bankruptcy Court, District of New Jersey.

2.   On March 4, 2008, I caused to be served by regular mail a copy of the letter brief and Certification of Steven P. Kartzman in Opposition to Motion to Vacate Order Closing Case and Declaration of Service in this matter on:

> Mac Truong
> 325 Broadway, No. 200
> New York, New York 10007
> Pro Se, Appellant

_____
RICHARD B. HONIG

Dated:   March 4, 2008