

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Mac Truong
    Appellant
        -against-

Steven P. Kartzman
    Appellee

---

Docket No. 07-Cv-8267 (VM)

# NOTICE OF APPEAL

    Notice is given that Mac Truong, appellant pro se, appeals to the United States Court of Appeals for the Second Circuit from the following Order:

    (1) DECISION AND ORDER dated May 12, 2008 dismissing appellant's appeal from a judgment of the United States Bankruptcy Court for the Southern District of New York.

New York, New York,
May 15, 2008



Mac Truong, Appellant *pro se*